IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER GARAFOLA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN PRUDENT, JEFF THARP, RICHARD)<br>BERNARDINI, and WEST FRANKFORT,)<br>ILLINOIS, )<br>)<br>Defendants. ) | Case No. 3:17-cv-512-SMY-DGW |

## ORDER

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Withdraw filed by Plaintiff's counsel, Jarrod P. Beasley. Having complied with Local Rule 83.1(g)(2), the Motion is **GRANTED**.

Plaintiff is directed to inform the Court, within 21 days of the entry of this Order, whether he intends to proceed *pro se* (and if so to provide an address where documents can be mailed) or whether he intends to seek other counsel.

In light of Plaintiff's current *pro se* status, the Scheduling Conference set for November 30, 2017 at 2:00 p.m. is **CONVERTED** to an *in person* hearing to be held at the Federal Courthouse in East St. Louis, Illinois before the undersigned.

The Clerk of Court is **DIRECTED** to mail this Order to Plaintiff at the address provided by counsel, 411 Lawrence Street, Benton, Illinois 62812.

**DATED: November 9, 2017**

                                            **DONALD G. WILKERSON**
                                            **United States Magistrate Judge**